**Order entered October 31, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01214-CR

### AKEASHYA K. THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-13-22742**

## ORDER

This appeal follows appellant's conviction of the Class C misdemeanor offense of contributing to her child's truancy from school. *See* TEX. EDUC. CODE ANN. § 25.093(a), (c) (West 2012). The clerk's record has been filed, but the reporter's record has not been filed. It is not clear from the record whether the June 24, 2013 hearing at which appellant pleaded no contest was recorded.

Accordingly, the Court **ORDERS** the court reporter of the County Court Auxiliary Court No. 4B to file, within **THIRTY DAYS** of the date of this order, either the reporter's record of the June 24, 2013 hearing or written verification that the hearing was not recorded.

We **ORDER** appellant, who is representing herself in the appeal, to file her brief within **SIXTY DAYS** of the date of this order. If appellant's brief is not filed within the time specified,

we will order the appeal submitted without appellant's brief. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Official Court Reporter, County Court Auxiliary Court #4B, and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Akeashya K. Thomas, at both of the following addresses:

| | |
|---|---|
| P.O. Box 824 | 4521 Bobtown Rd., F202 |
| Rowlett, Texas 75030 | Garland, Texas 75043 |

/s/    LANA MYERS
        JUSTICE